STATE OF NEW JERSEY v. KEVIN WILLIAMS.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE FUSCO.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. VIRGINIA NADAL.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RAUL MUSA.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SCOTT, JR.

June 17, 1986.

Petition for certification denied.